MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/17/20

December 16, 2020

Hon. Andrew L. Carter, Jr.
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        RE:    **United States v. Stanley McCleave**
                   **16-Cr-415(ALC)**

Dear Judge Carter:

    On November 19, 2020, I submitted an application on behalf of Stanley McCleave to terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). Mr. McCleave was put on lifetime supervised release following his conviction in the Eastern District of Tennessee of possession and receipt of child pornography and receipt of child pornography. Mr. McCleave sought termination after successfully completing seven years of supervision.

    After discussing the matter both with the government and the Department of Probation, Mr. McCleave has decided to temporarily withdraw his application, and, with the Court's permission, to refile it in the New Year.

    Thank you for the Court's consideration.

                                  Respectfully submitted,

                                  /s/

                                  Aaron Mysliwiec
                                  *Attorney for Stanley McCleave*

Cc:    USPO Mariano Franco (email)
        AUSA Ashley Nicolas

**The application is GRANTED.**
**So Ordered.**

*[signature]* 12/17/20

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com